# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

          Chapter 13

          Bankruptcy No. 12-14550-AMC

WILLIAM L SMITH

2734 N. MARVINE STREET
PHILADELPHIA, PA 19133

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

WILLIAM L SMITH

2734 N. MARVINE STREET
PHILADELPHIA, PA 19133

Counsel for debtor(s), by electronic notice only.

ANTHONY ARECHAVALA
802 SANSOM ST
SUITE 3-A
PHILADELPHIA, PA 19107

Date: 9/29/2016

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee