# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 12-14550-AMC

WILLIAM L SMITH

2734 N. MARVINE STREET
PHILADELPHIA, PA 19133

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

  WILLIAM L SMITH

  2734 N. MARVINE STREET
  PHILADELPHIA, PA 19133

Counsel for debtor(s), by electronic notice only.

  ANTHONY ARECHAVALA
  1015 CHESTNUT ST
  SUITE 400
  PHILADELPHIA, PA 19107-

                          /S/ William C. Miller

Date: 3/6/2018                              _____

                              William C. Miller, Esquire
                              Chapter 13 Standing Trustee